**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

ROBERT C. SOEDER, : No. 493 WAL 2016
:
         Petitioner :
: Petition for Allowance of Appeal from
: the Order of the Commonwealth Court
         v. :
:
:
COMMONWEALTH OF PENNSYLVANIA, :
DEPARTMENT OF TRANSPORTATION, :
BUREAU OF DRIVER LICENSING, :
:
         Respondent :


## ORDER


**PER CURIAM**

    **AND NOW**, this 16th day of May, 2017, the Petition for Allowance of Appeal is **DENIED**.  Application for Stay is **DENIED AS MOOT**.